**Order entered October 1, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00844-CV

## IN THE INTEREST OF G.A.L., A CHILD

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 85844**

## ORDER

Before the Court is appellant's September 27, 2019 motion for an extension of time to file her brief on the merits. We **GRANT** the extension and extend the time to **October 17, 2019**. As this is an accelerated appeal involving the termination of parental rights, further extension requests will be disfavored.

/s/     BILL WHITEHILL
         JUSTICE